## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x

In re:

KAISER ALUMINUM CORPORATION,
et. al.,

              Debtors.

---------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:

Jointly Administered Under
Case No. 02-10429 (JKF)

Chapter 11

**Re: Docket No. 8272**

## REQUEST BY COLUMBIA CASUALTY COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, HARBOR INSURANCE COMPANY, AND CONTINENTAL INSURANCE COMPANY FOR *DE NOVO* REVIEW OF FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION AND CERTAIN OF THEIR DEBTOR AFFILIATES, AS MODIFIED

Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company ("CNA"), by and through their undersigned attorneys, hereby request *de novo* review by the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), and Rule 9033 of the Federal Rules of Bankruptcy Procedure, of the *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* (D.I. 8226) (the "Findings of Fact and Conclusions of Law"), entered by the Bankruptcy Court on February 6, 2006, to the extent that the Findings of Fact and Conclusions of Law are proposed findings of fact and conclusions of law to the District Court, in addition to CNA's timely filed Notice of Appeal of the Order Confirming the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified pursuant to 28 U.S.C. § 158(a)

and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure filed on February 15, 2006 [D.I. 8272].

This Request is timely pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure.

Dated:  February 16, 2006

Respectfully submitted,

By: _____
Kevin Gross (DE I.D. No. 209)
ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, Delaware 19801
Telephone:  302-656-4433
Facsimile:  302-658-7567

Rodney L. Eshelman
Alison V. Lippa
Raymond J. Tittman
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street
San Francisco, California 94101
Telephone:  415-989-5900
Facsimile:  415-989-0932

Lewis S. Rosenbloom
David C. Christian II
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone:  312-372-2000
Facsimile:  312-984-7700

**Counsel for Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company**

2