IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                               :  Jointly Administered Under
                                                     :  Case No. 02-10429 (JKF)
KAISER ALUMINUM CORPORATION,                         :
et. al.,                                             :  Chapter 11
                                                     :
            Debtors.                                 :  **Related to 8273 and 8293**
                                                     :
---------------------------------------------------- x

**JOINDER OF CERTAIN INSURERS
IN REQUEST BY COLUMBIA CASUALTY COMPANY, TRANSCONTINENTAL
INSURANCE COMPANY, HARBOR INSURANCE COMPANY, AND CONTINENTAL
INSURANCE COMPANY FOR *DE NOVO* REVIEW OF FINDINGS OF FACT AND
CONCLUSIONS OF LAW REGARDING CONFIRMATION OF THE SECOND
AMENDED JOINT PLAN OF REORGANIZATION OF KAISER ALUMINUM
CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION AND
<u>CERTAIN OF THEIR DEBTOR AFFILIATES, AS MODIFIED</u>**

Century Indemnity Company (successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company; and successor to CCI Insurance Company, successor to Insurance Company of North America; and as administrative agent of former members of AFIA, including St. Paul Mercury Insurance Company); ACE Property & Casualty Company (formerly known as CIGNA Property & Casualty Company, formerly known as Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and through Cravens, Dargen and Company, Managing General Agent (collectively, the "Insurers"), by and through their undersigned attorneys, joins in the request (Docket No. 8293) by Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company for de novo review of the *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation*

*And Certain Of Their Debtor Affiliates, As Modified* (Docket No. 8226) (the "Findings of Fact and Conclusions of Law"), entered by the Bankruptcy Court on February 6, 2006, to the extent that the Findings of Fact and Conclusions of Law are proposed findings of fact and conclusions of law to the District Court, in addition to the Insurers' timely filed *Notice of Appeal of the Order Confirming the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* (Docket No. 8273) pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure filed on February 15, 2006.

This Request is timely pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure.

Dated: February 16, 2006                        STEVENS & LEE, P.C.

*/s/ Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304
Telecopier: (610) 371-8512
E-mail: tgw@stevenslee.com

- and –

Leonard P. Goldberger, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2864
Telecopier: (610) 371-7376
E-mail: lpg@stevenslee.com

*Attorneys for Insurers*