## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                            : Jointly Administered Under
                                                  :
KAISER ALUMINUM CORPORATION,                      : Case No. 02-10429 (JKF)
et. al.,                                          :
                                                  : Chapter 11
            Debtors.                              :
                                                  : Re: Docket Nos.: 8264, 8272, 8273 and 8283
------------------------------------------------- x

### CERTAIN INSURERS' DESIGNATION OF ITEMS FOR
### RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Certain Insurers,[1] by and through its undersigned attorneys, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the items to be included in the record and sets forth the statement of issues on its appeal from (i) *Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* (D.I. 8225) (the "Confirmation Order") and (ii) the accompanying *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* (D.I. 8226) (the "Findings of Fact"), both entered by the Bankruptcy Court on February 6, 2006. This Designation of Items for Appeal is timely pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

---

[1] "Certain Insurers" include Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company. TIG Insurance Company (as successor by merger to International Insurance Company); ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, and Pacific Employers Insurance Company; and AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Compnay.

I. **Designation Of Items For Record On Appeal.**

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 1. | 7311 | September 7, 2005 | Disclosure Statement to the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 2. | 7312 | September 7, 2005 | Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 3. | 7320 | September 8, 2005 | Order (A) Approving Proposed Disclosure Statement, (B) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Proposed Joint Plan Of Reorganization And (C) Scheduling A Hearing On Confirmation Of Proposed Joint Plan Of Reorganization And Approving Related Notice Procedures |
| 4. | 7460 | September 30, 2005 | Motion For Entry Of An Order Enforcing The Automatic Stay And Directing Certain Insurance Companies To Dismiss A Recently Filed Motion Seeking Adjudication Of Plan Confirmation Issues Insurance Coverage Litigation Pending In California State Court, Filed by Kaiser Aluminum Corporation |
| 5. | 7504 | October 14, 2005 | Objection to Certain Insurers' Objection to Motion for Entry of an Order Enforcing the Automatic Stay and Directing Certain Insurance Companies to Dismiss their Recent Motion Seeking Adjudication of Plan Confirmation Issues in California State Court, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |
| 6. | 7659 | November 7, 2005 | Motion of Certain Debtors and Debtors in Possession for Entry of Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections By Certain Insurance Companies Filed by Kaiser Aluminum Corporation |
| 7. | 7718 | November 14, 2005 | Order Approving Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections by Certain Insurance Companies, |
| 8. | 7834 | December 2, 2005 | Objection to Confirmation Regarding the Inadequate Contributions by the Debtors to the Asbestos PI Trust That Fail to Satisfy the Minimum Requirements of the Bankruptcy Code Section 524(g), Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 9. | 7836 | December 2, 2005 | Objection to Confirmation of Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, and Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, Filed by ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company |
| 10. | 7839 | December 2, 2005 | Certain Insurers' Objection To The Alleged Statutory Preemption of Insurers' Rights And Debtors' Obligations Under Insurance Policies, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 11. | 7840 | December 2, 2005 | Joinder Of Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) Into Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And Additional And Supplemental Arguments Related Thereto, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 12. | 7843 | December 2, 2005 | CORRECTED Certain Insurers' Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 13. | 7847 | December 5, 2005 | Joinder in Certain Insurer's Plan Objections Filed by Hartford Accident & Indemnity Company, First State Insurance Company, New England Reinsurance Corporation and Nutmeg Insurance Company |
| 14. | 7851 | December 5, 2005 | Joinder In Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies, Filed by TIG Insurance Company ( as successor by merger to International Insurance Company) |
| 15. | 7961 | December 16, 2005 | Pre-hearing Brief of the Official Committee Of Unsecured Creditors In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 16. | 7962 | December 16, 2005 | Joinder of the Future Silica and CTPV Claimants' Representative to Reorganizing Debtors' Response to Certain Insurers' Amended Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Republic Indemnity Company and Transport Insurance Company's Additional and Supplemental Arguments Related Thereto, and Any Joinders Thereto, Filed by Future Silica Claimants' Representative |
| 17. | 7966 | December 17, 2005 | Memorandum of Law of Reorganized Debtors and Official Committee of Asbestos Claimants in Response to Certain Insurers' Objections to Confirmation of the Second Amended Joint Plan of Reorganization as Modified, Filed by Kaiser Aluminum Corporation, Official Committee of Asbestos Claimants |
| 18. | 7967 | December 17, 2005 | Memorandum of Law of Reorganizing Debtors (A) in Support of Confirmation of the Second Amended Joint Plan of Reorganization as Modified, (B) in Response to Pending Objections Thereto and (C) Requesting Authorization to Make Plan Modifications, Filed by Kaiser Aluminum Corporation |
| 19. | 7968 | December 17, 2005 | Joinder to Joint Memorandum of Law of Reorganized Debtors and Official Committee of Asbestos Claimants in Response to Certain Insurers' Objections to Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified Re Docket No. 7966, Filed by Martin J. Murphy |
| 20. | 8046 | December 30, 2005 | Joinder Into Certain Insurers' Amended Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 21. | 8057 | January 3, 2006 | Reply Of Excess Insurers In Support Of Limited Objection, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 22. | 8058 | January 3, 2006 | Reply of Certain Insurers In Further Support Of Their Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And In Response To The Joint Memorandum Of The Reorganizing Debtors And Official Committee Of Asbestos Claimants, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 23. | 8060 | January 3, 2006 | Reply Brief To Plan Proponents' Briefs In Support Of The Second Amended Joint Plan Of Reorganization, Re Docket Nos 7961, 7966, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |
| 24. | 8063 | January 3, 2006 | Declaration Of Anne M. Ferazzi, Representative |
| 25. | 8065 | January 3, 2006 | Affidavit in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates as of September 7, 2005, as Amended Through January 3, 2006, Filed by Martin J. Murphy |
| 26. | 8066 | January 3, 2006 | Declaration of Edward F. Houff in Support of Confirmation of Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 27. | 8067 | January 3, 2006 | Declaration of Blake O'Dowd In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization |
| 28. | 8135 | January 13, 2006 | Transcript of Hearing Held On January 9, 2006 Before The Honorable Judith K. Fitzgerald |
| 29. | 8225 | February 6, 2006 | Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 30. | 8226 | February 6, 2006 | Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 31. | 8264 | February 15, 2006 | Notice of Appeal Filed by TIG Insurance Company (as successor by merger to International Insurance Company) |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 32. | 8272 | February 15, 2006 | Notice of Appeal Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company |
| 33. | 8273 | February 15, 2006 | Notice of Appeal of Certain Insurers to Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified. Filed by ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company |
| 34. | 8276 | February 15, 2006 | Notice of Appeal By Transport Insurance Company (f/k/a Transport Indemnity Company) Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 35. | 8277 | February 15, 2006 | Notice of Appeal By Republic Indemnity Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 36. | 8278 | February 15, 2006 | Notice of Appeal By First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified. |
| 37. | 8283 | February 15, 2006 | Notice of Appeal of AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and New Hampshire Insurance Company of Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemcial Corporation and Certain of Their Debtor Affiliates, As Modified |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 38. | 8293 | February 16, 2006 | Motion to Allow for De Novo Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company |
| 39. | 8295 | February 16, 2006 | Joinder of AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and New Hampshire Insurance Company in Request by Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company for De Novo Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified |
| 40. | 8296 | February 16, 2006 | Joinder Filed by TIG Insurance Company (as successor by merger to International Insurance Company) |
| 41. | 8297 | February 16, 2006 | Joinder Of Certain Insurers In Request By Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, And Continental Insurance Company For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified Filed By Ace Companies |
| 42. | 8298 | February 16, 2006 | Request By First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

| Tab No. | Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 43. | 8299 | February 16, 2006 | Request By Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

## II.     Statement Of Issues On Appeal.

1.    Did the bankruptcy court err in concluding that 11 U.S.C. § 1123(a)(5) empowers a debtor in possession to assign its insurance contracts and/or alleged rights thereunder to a trust established pursuant to 11 U.S.C. § 524(g) pursuant to a Chapter 11 plan of reorganization, notwithstanding the anti-assignment clauses contained in such contracts or otherwise applicable law?

2.    Did the bankruptcy court err in concluding that 11 U.S.C. § 1123(a)(5) preempts otherwise applicable law regarding assignment of a debtor in possession's insurance contracts and/or alleged rights thereunder.

3.    Did the bankruptcy court err in concluding that it had jurisdiction to order the assignment of alleged rights under non-executory insurance contracts?

Dated: February 27, 2006
      Wilmington, Delaware

                        Respectfully submitted,

                        ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

                        By: _____
                            Kevin Gross (DE Bar I.D. #209)
                            919 Market Street, Suite 1401
                            Wilmington, Delaware 19801
                            Telephone: 302-656-4433
                            Facsimile: 302-658-7567

Rodney L. Eshelman
Alison V. Lippa
Raymond J. Tittman
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street
San Francisco, California 94101
Telephone: 415-989-5900
Facsimile: 415-989-0932

Lewis S. Rosenbloom
David C. Christian II
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

**Attorneys for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company**

-and -

Paul J. Dougherty III (# 3825)
Gebhardt & Smith LLP
901 Market Street, Suite 451
Wilmington, Delaware 19801
Telephone; 302-656-9002
Facsimile: 302-429-5953

Harry Lee
John F. O'Connor
George R. Calhoun, V
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: 202-429-3000

**Attorneys for TIG Insurance Company**

-and-

Thomas G. Whalen, Jr. (# 4034)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: 302-425-3304
Facsimile: 610-371-8512

Leonard P. Goldberger
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215-751-2864
Facsimile: 610-371-7376

**Attorneys for ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, and Pacific Employers Insurance Company**

Frederick B. Rosner (#3995)
Laurie S. Polleck (#4300)
JASPAN SCHLESINGER HOFFMAN LLP
913 Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010

10

Michael S. Davis
Jantra Van Roy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
Telephone: 212-223-0400
Facsimile: 212-753-0396

**Attorneys for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company**