## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------  x
In re:                                              :  Jointly Administered Under
                                                    :  Case No. 02-10429 (JKF)
KAISER ALUMINUM                                     :
CORPORATION,                                        :  Chapter 11
et. al.,                                            :
                                                    :  (Related to D.I. 8293)
              Debtors.                              :
--------------------------------------------------  x

**JOINDER OF TIG INSURANCE COMPANY IN THE REQUEST BY COLUMBIA CASUALTY COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, HARBOR INSURANCE COMPANY, AND CONTINENTAL INSURANCE COMPANY FOR *DE NOVO* REVIEW OF FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION AND CERTAIN OF THEIR DEBTOR AFFILIATES, AS MODIFIED**

TIG Insurance Company, successor by merger with International Insurance company, having filed a Notice of Appeal (D.I. 8264), by and through its undersigned counsel hereby further joins in the Request By Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company For *De Novo* Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified (D.I. 8293).

Dated:  February 16, 2005

                                       Respectfully submitted,

By:    */s/  Paul J. Dougherty III*
       Paul J. Dougherty III (# 3825)
       Gebhardt & Smith LLP
       901 Market Street, Suite 451
       Wilmington, DE  19801
       302-656-9002
       302-429-5953
       pdoug@gebsmith.com

       and

Harry Lee
John F. O'Connor
George R. Calhoun, V
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-3000

**Counsel for TIG Insurance Company**