**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, <u>et</u>. <u>al</u>.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered Under<br>Case No. 02-10429 (JKF) |

**JOINDER OF AIU INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, LANDMARK INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND NEW HAMPSHIRE INSURANCE COMPANY IN REQUEST BY COLUMBIA CASUALTY COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, HARBOR INSURANCE COMPANY, AND CONTINENTAL INSURANCE COMPANY FOR *DE NOVO* REVIEW OF FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION <u>AND CERTAIN OF THEIR DEBTOR AFFILIATES, AS MODIFIED</u>**

AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company, by and through their undersigned attorneys, hereby joins in the Request by Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company for *de novo* review by the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), and Rule 9033 of the Federal Rules of Bankruptcy Procedure, of the *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second*

*Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified*

Dated: February 16, 2006

                                    Respectfully submitted,

                        By: /s/ Laurie S. Polleck
                           Laurie S. Polleck (#4300)
                           JASPAN SCHLESINGER HOFFMAN LLP
                           913 Market Street, 12th Floor
                           Wilmington, DE  19801
                           Telephone:  302-351-8000/8005
                           Facsimile:  302-351-8010

                           Michael S. Davis, Esq.
                           Jantra Van Roy, Esq.
                           ZEICHNER ELLMAN & KRAUSE LLP
                           575 Lexington Avenue
                           New York, New York  10022
                           Telephone:  212-826-5300
                           Facsimile:  212-753-0396

                           **Attorneys for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company**