IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE
CASE NO. 06-172(UNA)

I hereby certify that on March 17, 2006, I electronically filed the **Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

| | |
|---|---|
| Daniel J. DeFranceschi<br>defranceschi@rlf.com rbgroup@rlf.com | Mark Thomas Hurford<br>mhurford@camlev.com |
| Paul J. Dougherty, III<br>pdoug@gebsmith.com | Jason Michael Madron<br>madron@rlf.com rbgroup@rlf.com |
| Kevin Gross<br>kgross@rmgglaw.com | Thomas Gerard Whalen, Jr<br>tgw@stevenslee.com |
| Daniel K. Hogan<br>dkhogan@dkhogan.com | Sharon Matava Zieg<br>bank@ycst.com szieg@ycst.com |

I hereby certify that on March 17, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE 19801

/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com