IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| COLUMBIA CASUALTY INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY, HARBOR INSURANCE COMPANY and CONTINENTAL INSURANCE COMPANY,<br><br>Appellants,<br><br>vs.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, REORGANIZING DEBTORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS, RETIREES' COMMITTEE, MARTIN J. MURPHY, and ANNE M. FERAZZI,<br><br>Appellees. | Case No. 06-cv-172 (JJF) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Carmella P. Keener, Esquire, Rosenthal, Monhait & Goddess, P.A., 919 N. Market Street, Suite 1401, P.O. Box 1070, Wilmington, DE 19801, as counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor

Insurance Company and Continental Insurance Company in this matter.

/s/ Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28 2006, I electronically filed with the Clerk of the Court ENTRY OF APPEARANCE using CM/ECF which will send notification of such filing to the following:

Daniel J. DeFrancheschi, Esquire
Jason Michael Madron, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Mark Thomas Hurford, Esquire
Campbell & Levine
800 N. King Street
Suite 300
Wilmington, DE 19801

Sharon Matava Zieg, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 301
Wilmington, DE 19899-0391

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

s/ Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company*