ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 29, 2006

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Columbia Casualty Insurance Company, et al. v. Kaiser Aluminum Corporation, et al.*, D.Del., Case No. 06-cv-172 (JJF) on appeal from *In re: Kaiser Aluminum Corp., et al.*, Bankr. Case No. 02-10429 (JKF) (Ch. 11)

Dear Judge Farnan:

As Your Honor is aware, there are presently pending before the Court a number of appeals from the Bankruptcy Court matter of In re Kaiser Aluminum Corporation, et al., Case No. 02-10429 (JKF) (Chapter 11). My firm represents Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and others (collectively "Certain Insurers") in the referenced appeal.

I am writing to confirm my telephone conversation with Ms. Krett on March 28, 2006 regarding the designated items for the record on appeal. As I discussed with Ms. Krett, my former partner, now Judge Gross, filed a Designation of the Record on Appeal in this matter on March 15, 2006. My understanding is that, under normal circumstances, my transmittal of the designated items would have been due to the Court today. However, Mr. Riley of Duane, Morris LLP, who represents certain other appellants in two of the related appeals, has previously delivered to the Bankruptcy

The Honorable Joseph J. Farnan, Jr.
March 29, 2006
Page 2

Court two copies of the items designated for the record on appeal. (See Ex. 1 hereto). I understand that at least one other of the appellants in the related matters has also submitted a set of the same designated items. Because my submission would be duplicative of those already submitted, and with Ms. Krett's authorization, we have come to the conclusion that it would not be helpful to the Court to have yet another set of binders which include the same bankruptcy docket items, unless Your Honor so desires.

If Your Honor would prefer that we deliver additional copies of any of the designated items, I would be glad to do so promptly. If Your Honor has any question in this regard, I am available at the Court's convenience.

                                     Respectfully,

                                     /s/ Carmella P. Keener (DSBA No. 2810)
                                     ROSENTHAL, MONHAIT & GODDESS, P.A.
                                     919 N. Market Street, Suite 1401
                                     Citizens Bank Center
                                     Wilmington, DE 19801
                                     (302) 656-4433
                                     ckeener@rmgglaw.com
                                         Attorneys for Certain Insurers

CPK/jls

cc:    All counsel of Record in *Columbia Casualty Insurance Company, et al. v. Kaiser Aluminum Corporation, et al.,* D.Del., Case No. 06-cv-172 (JJF) (via CM/ECF)
      David Christian, II, Esquire (via electronic mail)
      Mohsin Khambati, Esquire (via electronic mail)

# EXHIBIT 1

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

RICHARD W. RILEY
DIRECT DIAL: 302.657.4928
E-MAIL: rwriley@duanemorris.com

www.duanemorris.com

March 10, 2006

**VIA HAND DELIVERY**
Clerk's Office
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
Attn: Ms. Betsy Magnuson

Re:   **In re Kaiser Aluminum Corporation; Bankruptcy Case No. 02-10429**

Dear Ms. Magnuson:

Enclosed is a copy of each item designated in Republic Indemnity Company's Designation Of Items For Record On Appeal And Statement Of Issues On Appeal (Docket No. 8344).

The items are contained in five (5) binders.

If you have any questions, please feel free to call me.

Sincerely,

Richard W. Riley

RWR/ata
Enclosure

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246    PHONE: 302.657.4900   FAX: 302.657.4901

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

RICHARD W. RILEY
DIRECT DIAL: 302.657.4928
E-MAIL: rwriley@duanemorris.com

www.duanemorris.com

March 10, 2006

**VIA HAND DELIVERY**
Clerk's Office
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
Attn: Ms. Betsy Magnuson

Re:   **In re Kaiser Aluminum Corporation; Bankruptcy Case No. 02-10429**

Dear Ms. Magnuson:

Enclosed is a copy of each item designated in Transport Insurance Company's (f/k/a Transport Indemnity Company) Designation Of Items For Record On Appeal And Statement Of Issues On Appeal (Docket No. 8343).

The items are contained in five (5) binders.

If you have any questions, please feel free to contact me.

Sincerely,

Richard W. Riley

RWR/ata
Enclosure